UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHALIMAR ACOSTA, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>   -against-<br><br>Hopper (USA), Inc.<br>         Defendant. | Case No. 1:22-cv-03974<br><br>Judge: Hon. Sara L. Ellis |

## STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS, the parties have reached an agreement to resolve all claims asserted in this action;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, through their respective undersigned attorneys, that all claims are hereby dismissed with prejudice.

## [PROPOSED] ORDER

IT IS HEREBY ORDERED THAT THE ABOVE-CAPTIONED ACTION IS DISMISSED WITH PREJUDICE.

                _____
                The Hon. Sara L. Ellis
                United States District Court Judge

                Dated this \_\_\_ day of _____, 2023

FH11533095.1

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| By */s/ Spencer Sheehan*<br>Spencer Sheehan | By */s/ August T. Horvath*<br>August T. Horvath |
| SHEEHAN & ASSOCIATES, P.C.<br>Spencer Sheehan<br>(*spencer@spencersheehan.com*)<br>60 Cuttermill Road, Suite 412<br>Great Neck, NY 11021<br>Tel: (516) 268-7080 | FOLEY HOAG LLP<br>August T. Horvath 2833234<br>(*ahorvath@foleyhoag.com*)<br>1301 Ave. of the Americas, 25th Floor<br>New York, New York 10019<br>Tel: (212) 812-0344 |
| *Attorneys for Plaintiff Shalimar Acosta* | *Attorneys for Defendant Hopper (USA), Inc.* |

FH11533095.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 23rd day of August 2023, a true and correct copy of the foregoing document has been served on counsel of record who are deemed to have consented to electronic service via electronic mail.

*/s/ Spencer Sheehan*
Spencer Sheehan
